### Edward GRAZIANO, Appellant

v.

### PENNSYLVANIA DEPARTMENT OF CORRECTIONS, John Wetzel, Nancy Giroux, Cheryl Gill, et al., Appellees.

Supreme Court of Pennsylvania.

June 15, 2015.

Edward Graziano, Pro Se.

Suzanne Noelle Hueston, Julie Renee Tilghman, Mechanicsburg, PA, for Department of Corrections, Cheryl Gill, Nancy Giroux, and John Wetzel.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of June, 2015, the direct appeal is QUASHED. Appellant's Application to Correct the Factual Record (Pa.R.A.P. 2501(a)) is DISMISSED AS MOOT.

### Dennis MADDREY, Appellant,

v.

### Dandra GORNIAK, Sci–Albion Inmate Accountant and Philadelphia County Clerk of Courts, Appellees.

Supreme Court of Pennsylvania.

June 15, 2015.

Dennis Madrey, Pro Se.

Martha Gale, Administrative Office of Pennsylvania Courts, for Philadelphia County Clerk of Courts.

Suzanne Noelle Hueston, Pennsylvania Department of Corrections, Chase M. Defelice, PA Office of General Counsel, for Dandra Gorniak.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of June, 2015, the order of the Commonwealth Court is hereby **AFFIRMED.**